**Elias Manuel BRACAMONTE,
Petitioner–Appellant,**

v.

**Larry SMALL, Respondent–Appellee.**

**No. 00–15710.**

**D.C. No. CV–99–05845–SMS.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 13, 2001.

Decided Oct. 11, 2001.

Before REINHARDT, HAWKINS, and RAWLINSON, Circuit Judges.

MEMORANDUM *

As conceded by appellee, the district court's determination that appellant Bracamonte's habeas corpus petition was untimely has been rendered incorrect by intervening authority. Bracamonte's petitions in the California Superior Court and California Supreme Court were "properly filed" under *Artuz v. Bennett,* 531 U.S. 4, 121 S.Ct. 361, 148 L.Ed.2d 213 (2000), *Tillema v. Long,* 253 F.3d 494 (9th Cir.2001), and *Dictado v. Ducharme,* 244 F.3d 724 (9th Cir.2001), thereby tolling the applicable statute of limitations.

REVERSED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.